UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER MARIE REESE,<br><br>                                   Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                                   Defendant. | Case No.: 20-CV-2524 JLS (JLB)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF No. 2) |

Presently before the Court is Plaintiff Ginger Marie Reese's Motion to Proceed In Forma Pauperis ("IFP") ("Mot.," ECF No. 2). Plaintiff, proceeding through counsel, has submitted a complaint seeking review of a decision of the Commissioner of Social Security denying Plaintiff's application for Social Security Disability Benefits and Supplemental Security Income benefits for lack of disability. (*See generally* "Compl.," ECF No. 1).

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for a writ of habeas corpus, must pay a filing fee of $402. 28 U.S.C. § 1914(a).[1] An action may still proceed without the prepayment of fees

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. June. 1, 2016)). The additional $50 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*

1

if a party is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a).  *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).  A federal court may authorize the commencement of an action if the party submits an affidavit, including a statement of assets, showing that she is unable to pay the required filing fee.  28 U.S.C. § 1915(a).

Here, Plaintiff states that she receives $204 per month in food stamps.  Mot. at 2.  Plaintiff has $204 in monthly expenses.  *Id.* at 4.  Plaintiff states she "live[s] with a friend . . . [who also] pays for the other monthly expenses."  *Id.* at 5.  The Court finds Plaintiff's application demonstrates that she is unable to pay the requisite fees.  Accordingly, the Court **GRANTS** Plaintiff's Motion.

The Court further **ORDERS** that all matters arising in this social security appeal are referred to the Honorable Jill L. Burkhardt, United States Magistrate Judge, for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1(c)(1)(c).  When the parties seek to file motions for summary judgment in this case, the parties shall contact the chambers of Magistrate Judge Burkhardt to secure scheduling, filing, and/or hearing dates.

**IT IS SO ORDERED.**

Dated:  January 22, 2021

Hon. Janis L. Sammartino
United States District Judge